UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEONEL ZUBIZARRETA,

                              Plaintiff,

-against-

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant.
------------------------------------------------------------X

**ORDER**
08 CV 2723 (RJD)

DEARIE, Chief Judge.

I referred plaintiff's motion for attorney's fees (Docket Entry 30) to Magistrate Judge Robert Levy for report and recommendation. On February 16, 2011, Judge Levy entered his Report and Recommendation ("R&R"), recommending that plaintiff be awarded $7,142.80 in fees and $350 in costs pursuant to the Equal Access to Justice Act. Judge Levy further recommended that the contingency fee agreement between plaintiff and his counsel be approved. The deadline for filing objections to the R&R has passed. I have reviewed the R&R and no clear error appears. Accordingly, I hereby adopt it in its entirety.

SO ORDERED.

Dated: Brooklyn, New York
       March _9_, 2011

                                          s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          United States District Judge